UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN A. MAY, as Personal Representative
of the Estate of RONNIE CRENSHAW,

      Plaintiff,

v.

                                Case No.  05-CV-73332-DT

CALIBER AUTO TRANSFER OF OHIO,
INC., and CALIBER AUTO TRANSFER      Honorable Patrick J. Duggan
OF DETROIT, INC.,

      Defendants.

_____/

**<u>ORDER</u>**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 26, 2006.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On January 31, 2006, Plaintiff filed a first amended complaint against the named

Defendants.  Presently before the Court is a motion to dismiss and/or for summary judgment

brought by Defendant Caliber Auto Transfer of Detroit, Inc.

For the reasons set forth in an Opinion issued this date,

**IT IS ORDERED**, that Caliber Auto Transfer of Detroit Inc.'s motion to dismiss is

hereby **GRANTED** as to Counts I and II.

**IT IS FURTHER ORDERED**, that Caliber Auto Transfer of Detroit Inc.'s motion for

summary judgment is hereby **GRANTED** as to Count III.

1

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Barry Keller, Esq.
Johnny Hawkins, Esq.
Mark R. Johnson, Esq.
Kenneth Newa, Esq.
Edward Higgins, Esq.